PER CURIAM.
Affirmed. Binger v. King Pest Control, 401 So.2d 1310 (Fla.1981); Bergen Brunswick Corporation v. State of Florida Department of Health & Rehabilitative Services, 415 So.2d 765 (Fla. 1st DCA 1982); Kasper Instruments, Inc., v. Maurice, 394 So.2d 1125 (Fla. 4th DCA 1981); Goodell v. K.T. Enterprises, Inc., 394 So.2d 1087 (Fla. 1st DCA 1981); Padgett v. First Federal Savings & Loan Association of Santa Rosa County, 378 So.2d 58 (Fla. 1st DCA 1979); Southeast First National Bank of Miami v. Taines, 339 So.2d 275 (Fla. 3d DCA 1976); Rule 1.270 Fla.R.Civ.P.